United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shaun P. Barnes
      Debtor

Case No. 15-18010-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Jul 14, 2016
                   Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db           +Shaun P. Barnes,   360 Indian Crest Way,   Harleysville, PA 19438-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
        agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
      JONATHAN WILKES CHATHAM   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
      JOSHUA A. GILDEA   on behalf of Creditor David P Mann jgildea@flblaw.com,  ccharlton@flblaw.com
      MICHAEL SETH SCHWARTZ   on behalf of Debtor Shaun P. Barnes msbankruptcy@verizon.net
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                          TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Shaun P. Barnes
          Debtor(s)                                          Chapter: 13

                                                             Bankruptcy No: 15−18010−mdc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 14, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

30
Form 155