## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Shaun P. Barnes**                         :     **Chapter 13**
                                                       :     **Bankruptcy No.**
                                                       :     **15-18010-mdc**

## ORDER

     **AND NOW,** this  11th  day of  August  , 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge