Certificate Number: 15317-PAE-DE-034879431

Bankruptcy Case Number: 15-18010



15317-PAE-DE-034879431

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 14, 2020</u>, at <u>7:33</u> o'clock <u>PM PDT</u>, <u>Shaun Barnes</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 14, 2020</u>         By:    <u>/s/Antonio Buscas</u>

                                                                     Name:  <u>Antonio Buscas</u>

                                                                     Title:   <u>Credit Counselor</u>