United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 15-18010-mdc

Shaun P. Barnes                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun P. Barnes, 360 Indian Crest Way, Harleysville, PA 19438-1828 |
| cr | + | David P Mann, 2715 Schukraft Road, Quakertown, PA 18951-3121 |
| 13628445 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers Inc; Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 13628446 | + | Leeann Barnes, 2510 Cedarfield Ln, Quakertown, PA 18951-6020 |
| 13724942 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:01:56 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13647611 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 06:59:28 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13628440 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 06:59:26 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 13628441 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:02:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13636215 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13628443 | + | Email/Text: bankruptcy@huntington.com | Jan 20 2021 06:52:00 | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 13628444 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 06:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13628442 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:00:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 13628447 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 13628448 | + | Email/Text: blegal@phfa.org | Jan 20 2021 06:52:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13634057 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0313-2                         User: admin                                    Page 2 of 3
Date Rcvd: Jan 19, 2021                    Form ID: 138NEW                          Total Noticed: 21

|  |  |  | Division PO Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|
| 13633629 | Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Jan 20 2021 06:51:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13628992 | Email/PDF: rmscedi@recoverycorp.com | | |
|  |  | Jan 20 2021 06:59:20 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13725087 | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Jan 20 2021 07:01:59 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta GA 30353-0912 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSHUA A. GILDEA | on behalf of Creditor David P Mann jgildea@flblaw.com  ccharlton@flblaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Shaun P. Barnes msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                  User: admin                                  Page 3 of 3
Date Rcvd: Jan 19, 2021                          Form ID: 138NEW                          Total Noticed: 21

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Shaun P. Barnes

      Debtor(s)

Bankruptcy No: 15−18010−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 1/19/21

53 – 52
Form 138_new
