United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shaun P. Barnes  
    Debtor

Case No. 15-18010-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 19, 2021      Form ID: 195      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun P. Barnes, 360 Indian Crest Way, Harleysville, PA 19438-1828 |
| cr | + | David P Mann, 2715 Schukraft Road, Quakertown, PA 18951-3121 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:42:18 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Feb 20 2021 03:48:46 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 195 | Total Noticed: 4 |

on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSHUA A. GILDEA
    on behalf of Creditor David P Mann jgildea@flblaw.com ccharlton@flblaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

MICHAEL SETH SCHWARTZ
    on behalf of Debtor Shaun P. Barnes msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com

THOMAS I. PULEO
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Shaun P. Barnes                                             : Case No. 15−18010−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , February 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

57
Form 195